UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MAIGA HRALIMA, | ) | |
| Plaintiff, | ) | 3:11-cv-00376-RCJ-RAM |
| vs. | ) | |
| | ) | **ORDER** |
| NEVADA SUPREME COURT, | ) | |
| Defendants. | ) | |

Maiga Hralima, a prisoner at the Northern Nevada Correctional Center, submitted a *pro se* Motion to Request Injunctive Relief (received May 26, 2011) (ECF No. 1-1). Plaintiff did not submit the required filing fee or an application for leave to proceed in *forma pauperis* or a civil rights complaint.

Based on various legal deficiencies, including plaintiff's failure to file a proper civil complaint outlining the claims he purports to have against the Nevada Supreme Court, the Court dismissed the action. (ECF No. 3.) Plaintiff now moves the Court to reconsider its dismissal. (ECF No. 5.) Plaintiff provides no legal authority allowing the Court to reconsider the dismissal. Rather, plaintiff attempts to bolster his arguments as to irreparable harm arising from the Nevada Supreme Court's apparent refusal to file his opening appellate brief. However, these arguments are

1  insufficient and fail to address the other deficiencies present in the action as described in the Order
2  of dismissal.  Plaintiff has not paid the filing fee or submitted an application to proceed in *forma*
3  *pauperis*.  Plaintiff has not submitted a complaint - the requisite initial pleading in any civil action.
4  He has not demonstrated good cause for the Court to reconsider its dismissal of his action.  The
5  motion shall be denied.

6        **IT IS THEREFORE ORDERED** that the Motion for Reconsideration (ECF No. 5)
7  is **DENIED.**

8      Dated this _25th_ day of July, 2011.

                                            UNITED STATES DISTRICT JUDGE

2